IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHUYLKILL OPEN MRI, INC. t/a SCHUYLKILL MEDICAL IMAGING, INC., | : : : : | No. 3:23cv1497 |
| Plaintiff | : : | (Judge Munley) |
| v. | : : : | |
| MAMMOGRAPHY EDUCATORS, LLC, | : : : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 20th day of June 2025, for the reasons set forth in an accompanying Memorandum, it is hereby **ORDERED** that defendant's motion to dismiss plaintiff's amended complaint, (Doc. 19), is hereby **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court